[Decided October 6, 1896.]

## STATE v. STURGEON.

From Tillamook: HENRY H. HEWITT, Judge.

R. Sturgeon was convicted of selling spirituous liquor in less quantities than one gallon, without having a license therefor, and appeals.

*Mr. Thomas B. Handley*, for appellant.

*Mr. James McCain*, for the state.

Appeal was dismissed for failure of appellant to file a brief within the enlarged time allowed for that purpose. No opinion.

DISMISSED.